IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-2024 |
| Plaintiff, | **INFORMATION** |
| vs. | Count 1 |
| | 21 U.S.C. § 841(a)(1): |
| CLINT ROBERT HOSPODARSKY | Manufacturing a Controlled Substance |
| Defendant. | |
| | Count 2 |
| | 18 U.S.C. § 922(g)(3): |
| | Possession of a Firearm by a Drug User |

The United States Attorney charges:

## Count 1

## Manufacturing a Controlled Substance

On or about January 22, 2016, in the Northern District of Iowa, defendant CLINT ROBERT HOSPODARSKY did knowingly and intentionally manufacture a mixture or substance containing a detectable amount of stanozolol, a Schedule III controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

## Count 2

## Possession of a Firearm by a Drug User

On or about January 22, 2016, in the Northern District of Iowa, defendant CLINT ROBERT HOSPODARSKY, then being an unlawful user of a controlled

1

substance as defined in 21 U.S.C. § 802, namely stanozolol, did knowingly possess, in and affecting commerce, a firearm, namely a .22 caliber Ruger rifle and a 9mm Beretta model 92FS handgun.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant CLINT ROBERT HOSPODARSKY shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(3), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

PETER E. DEEGAN, JR.
United States Attorney

By: *[signature]*

DAN CHATHAM
Assistant United States Attorney